United States District Court
Eastern District of California

SHAHD ERAKAT

Plaintiff(s)

V.

PNC BANK, NATIONAL ASSOCIATION

Defendant(s)

Case Number: 2:26-cv-01364

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Rebekah B. Kcehowski hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

PNC BANK, NATIONAL ASSOCIATION

On 12/23/2002 (date), I was admitted to practice and presently in good standing in the Supreme Court of Pennsylvania (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 07/31/2026

Signature of Applicant: /s/ Rebekah B. Kcehowski

**Pro Hac Vice Attorney**

Applicant's Name: Rebekah B. Kcehowski

Law Firm Name: Jones Day

Address: 500 Grant Street, Suite 4500

City: Pittsburgh State: PA Zip: 15219

Phone Number w/Area Code: (412) 394-7935

City and State of Residence: Zelienople, PA

Primary E-mail Address: rbkcehowski@jonesday.com

Secondary E-mail Address: srb8g@aol.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Nathaniel P. Garrett

Law Firm Name: Jones Day

Address: 555 California Street, 26th Floor

City: San Francisco State: CA Zip: 94104

Phone Number w/Area Code: (415) 626-3939 Bar # 248211

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: ____________________

________________________________________
JUDGE, U.S. DISTRICT COURT

**Supreme Court of Pennsylvania**

# CERTIFICATE OF GOOD STANDING

***S. Rebekah Byers Kcehowski, Esq.***

**DATE OF ADMISSION**

***December 23, 2002***

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal**
**Dated: July 30, 2026**

Nicole Traini
Chief Clerk